UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN W. PATON,

    Plaintiff,                                           Civil Action No. 11-CV-15514

vs.                                               HON. BERNARD A. FRIEDMAN

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter is presently before the Court on cross motions for summary judgment. Magistrate Judge Charles E. Binder has submitted a Report and Recommendation ("R&R") in which he recommends that plaintiff's motion be denied and that defendant's motion be granted. Neither party has objected to the R&R and the time for them to do so has expired. The Court has reviewed the file, the parties' briefs and the R&R and finds the magistrate judge's analysis to be correct and his recommendation to be sound. Accordingly,

IT IS ORDERED that Magistrate Judge Binder's R&R is hereby accepted and adopted as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that plaintiff's motion for summary judgment is denied.

IT IS FURTHER ORDERED that defendant's motion for summary judgment is granted.

                                                                     s/ Bernard A. Friedman_____
Dated: January 3, 2013                        BERNARD A. FRIEDMAN
   Detroit, Michigan                      SENIOR UNITED STATES DISTRICT JUDGE